# ATTACHMENT 1

# COMPLAINT FORM
### (for filers who are prisoners without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE <u>EASTERN</u> DISTRICT OF <u>WISCONSIN</u>

(Full name of plaintiff(s))

<u>Dominique DeWayne Adechike Enrique Gulley.</u> ~~Robinson~~
<u>Doc #528853</u>
<u>Dodge Correctional Institution</u>
<u>1 West Lincoln Street</u>
<u>Waupun, Wisconsin 53963</u>

vs

Case Number:

(Full name of defendant(s))

<u>Dr. Diana L. Simmons, APNP</u>

<u>Wisconsin Dept. of Corrections –</u>
<u>Bureau of Health Services</u>
<u>Dodge Correctional Institution</u>
<u>P.O. Box 700, 1 West Lincoln Street</u>
<u>Waupun, Wisconsin 53963</u>

_____
(to be supplied by clerk of court)

## A. PARTIES

1. Plaintiff is a citizen of <u>Wisconsin</u>, and is located at
(State)

<u>Dodge Correctional Institution – 1 West Lincoln St, Waupun, WI 53963</u>
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2.    Defendant   Diana L. Simmons
                                                    (Name)

is (if a person or private corporation) a citizen of  Wisconsin
                                                    (State, if known)

and (if a person) resides at            Unknown
                                                    (Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Wisconsin Department of Corrections - ~~Diana Diana Diana Diana~~
                                                    (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

Dr. Diana L. Simmons, APNP, violated my rights under the U.S.
Constitution for medical malpractice under Federal Tort Claims Act
28 USCA § 2401. Which is also a violation of my eight amendment
rights i believe, by maliciously declining my continue requests
for a lower bunk restriction extension due to an injury i sustained
to my left knee in an automobile accident in early April of 2022
Which i was treated at St. Mary's Dean and Clinics on South Park Street
In Madison, Wisconsin. On 11/22/22 upon my arrival to Dodge
Correctional Institution from Dane County Jail i was seen by a medical

nurse and during my intake evaluation me and nurse Jane Doe discussed my need for a lower bunk restriction due to an injury substained to left knee. Nurse Jane Doe issued me a lower bunk restriction with lower tier applied to it for 30 days. On or about December 20, 2022 I was seen by another Health Services Unit medical nurse due to complaints of knee pains and buckling of my left knee. During my nursing assessment this nurse also extended my lower bunk restriction for another 30 days. On December 28, 2022 during my physical exam with defendant Dr. Diana L. Simmons, I informed her that I had two separate injuries I substained to my left knee. And I informed her that I was shot in my left knee and that I later was involved in an car accident which I reinjured my left knee and was treated at St. Mary's Dean and Clinics in Madison. I informed her that I would like for her to extend my lower bunk restriction she told me that'll be up to the Special Needs Committee. Dr. Simmons ordered an xray of my left knee. Dr. Simmons behavior constitutes deliberate indifference as well On January 6, 2023 my xray results confirmed there is some degenerative changes— There is bony hypertropy at the superior patella along with quadriceps tendon thickening. A medical nurse informed me that I have Arthritis of my left knee. Patella, wear + tear, swelling of inflamation. I've been constantly writing HSU, Dr. Simmons, Ms. Gugler, HSM for a lower bunk restriction yet Dr. Diana L. Simmons continues to ~~decline me~~ decline my requests even though my knee continues to lock up/buckle up on me at times to which I can't clime down from the top bunk. This is a violation of the Federal Tort Claims Act 28 USCA § 2401 as in constitues medical malpractice    Attachment One (Complaint) - 3    Dr. Simmons behavior an code of conduct is malicious, cruel and unusual for a professional Doctor with a medical degree and medical license. This constitutes deliberate indifference.

C.  JURISDICTION

    ☒    I am suing for a violation of federal law under 28 U.S.C. § 1331.
                             OR

    ☐    I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

    Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I would like the court to issue a preliminary injunction against the defendant Dr. Diana L. Simmons ordering her to assign me my lower bunk restriction, and make a modification to said preliminary injunction explaining that my lower bunk restriction is to be assigned issued and honored at whatever institution I'm housed at after Dodge Correctional Institution. I would also like the court to issue summary judgment in my favor and awarding me $50,000.00 for pain and suffering as a condition of the medical malpractice claim and an additional $10,000.00 for emotional distress caused by the defendants Cruel and Unusual and malicious behavior and conduct as a medical doctor. The $50,000.00 is also for the defendants negligent conduct and malicious behavior towards my medical needs by her declining my requests for lower bunk restriction Defendant Simmons was aware of the condition of my knee and what kind of injury sustained yet she deliberately over looked treatment needs thats deliberate indifference as well.

E.    JURY DEMAND

☐    Jury Demand - I want a jury to hear my case
                    OR

☒    Court Trial – I want a judge to hear my case


Dated this ___30th___ day of ___January___ 20_23_.

Respectfully Submitted,

*Dominique Gulley*

___Dominique Gulley___
Signature of Plaintiff

___528853___
Plaintiff's Prisoner ID Number


___Dodge Correctional Institution___

___P.O. Box 700, Waupun, WI 53963___
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.